

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DSS
F.#2007R01872

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 9, 2010

By ECF

The Honorable David G. Trager
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Alejo Polanco, et al.
              Criminal Docket No. 08-CR-65 (DGT)

Dear Judge Trager:

      The government respectfully writes to inform the Court and the parties that the Attorney General of the United States has authorized and directed this Office not to seek the death penalty against defendants Alejo Polanco, Emilino Vasquez and Edwin Tavares for the charges in the above-captioned indictment.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

                      By:  /s/ Daniel S. Silver
                           Daniel S. Silver
                           Assistant U.S. Attorney
                           (718) 254-6034

cc:  Defense Counsel (by ECF)