BEFORE JUDGE DEARIE
CHIEF U.S. DISTRICT JUDGE                              COURTROOM #10-A

CRIMINAL CAUSE FOR JURY TRIAL

DATE:   **AUGUST 22, 2013 FROM 9:00AM TO 6:15PM**

DOCKET NUMBER:   CR 08-65(S-3)-03 & 04 (RJD)

**U.S.A. -v- ALEJO POLANCO  (IN CUSTODY)**
**COUNSEL:  EPHRAIM SAVITT & NATASHA MAROSI (CJA)**
**U.S.A. -v- EMILINO VASQUEZ (IN CUSTODY)**
**COUNSEL:  MICHAEL HURWITZ & MIRIAM HURWITZ (CJA)**

AUSA:   DANIEL SILVER, SOUMYA DAYANANDA, NATHAN REILLY
COURTREPORTER:   ALLAN SHERMAN
SPANISH INTERPRETERS:  PATRICIA TRIANA & MARISTELA VERASTEGUI

X   CASE CALLED FOR CONTINUATION OF JURY TRIAL.
    SUMMATIONS AS FOLLOWS:
    AUSA REILLY; MR. HURWITZ; MR. SAVITT,
    REBUTTAL BY AUSA DAYANANDA.
    COURT CHARGES JURY.
    JURY RETIRES TO DELIBERATE.
    JURY RETURNS WITH A VERDICT AS FOLLOWS:
    AS TO DEFENDANT **ALEJO POLANCO**:
    **GUILTY AS TO COUNTS 1, 2, 3, 4.**
    AS TO DEFENDANT **EMILINO VASQUEZ**:
    **GUILTY AS TO COUNTS 1, 2, 3, 4.**
    JURY POLLED.
    JURY EXCUSED WITH THE THANKS OF THE COURT.
    FOLLOWING COURT EXHIBITS MARKED:
    1, 2, 3, 4, 5, 6, 7.
    DEFENSE RULE 29 MOTIONS DEEMED FILED.
    COURT SETS FOLLOWING BRIEFING SCHEDULE:
    PRE SENTENCE REPORT TO BE DISCLOSED BY              **11/15/13**
    OBJECTIONS TO PRE SENTENCE REPORT DUE:              **12/4/13**
    DEFENSE MOTION(S) & SENTENCE SUBMISSION DUE:        **12/19/13**
    GOVERNMENT OPPOSITION & SENTENCE SUBMISSION DUE:    **1/10/14**
    **SENTENCE:         JANUARY 24, 2014 @10:00AM.**