

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 7, 2014

By Email
Jaime Turton
United States Probation Officer
147 Pierrepont Street
Brooklyn, NY 11201

   Re: United States v. Alejo Polanco
     <u>Criminal Docket No. 08-065 (S-3) (RJD)</u>

Dear Officer Turton:

   The government writes to briefly respond to the defendant's objections to the presentence investigation report ("PSR"), filed on February 24, 2014.  The defendant objects to paragraphs 19 and 20 of the PSR, pertaining to robberies #5 and #6, arguing that he did not participate in those robberies.  In addition, the defendant objects to paragraph 29 of the PSR, pertaining to robbery #13, insofar as the PSR describes the defendant pointing a gun at a child and pistol-whipping one of the victims of the robbery.

   While the government believes the information set forth in paragraphs 19, 20 and 29 is accurate, the government does not seek a <u>Fatico</u> hearing on those issues and therefore does not object to modifying those paragraphs in accordance with the defendant's objections.  Finally, the government believes that the Guidelines calculation set forth in the PSR is accurate.

               Respectfully submitted,

               LORETTA E. LYNCH
               United States Attorney
               Eastern District of New York

          By:  /s/ Daniel Silver
             Daniel Silver
             Assistant U.S. Attorney
             (718) 254-6034

cc: Clerk of the Court (RJD) (By ECF)

EXHIBIT B